**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LAMON BOYD, | : | Case No. 3:25-cv-88 |
| | : | |
|     Petitioner, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| WARDEN, PICKAWAY | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
|     Respondent. | : | |

---

**REPORT AND RECOMMENDATION**

---

Petitioner has filed a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) in connection with a petition for a writ of habeas corpus. (Doc. 1). The total filing fee due in this habeas corpus action is $5.00. Petitioner's application reveals that as of February 3, 2025 he had $216.16 on account to his credit, with an average monthly state pay of $16.84 and $915.18 total funds received during the past six months, excluding state pay. (*See* Doc. 1 at PageID 5). The application thus demonstrates that petitioner has sufficient funds available to pay the full $5.00 filing fee in order to institute this action. Accordingly, it is

**RECOMMENDED** that petitioner's application for leave to proceed *in forma pauperis* (Doc. 1) be **DENIED** and petitioner be ordered to pay the full filing fee of $5.00 within **thirty (30) days.**

Petitioner should also be notified that his failure to pay the full filing fee within thirty days will result in the dismissal of this action for want of prosecution.

    **IT IS SO RECOMMENDED.**

Date:   March 20, 2025                        s/ *Elizabeth A. Preston Deavers*
                                                     Elizabeth A. Preston Deavers
                                                       United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.   This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).